UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
3:06cr-35-R

UNITED STATES OF AMERICA,                                                                           PLAINTIFF

v.

CHARLES E. JAMES,                                                                                   DEFENDANT

**OPINION AND ORDER**

Defendant, Charles E. James, has filed a Motion for Revocation of Detention and/or Request to Hold a Prompt Hearing (Docket #31) in response to an order by United States Magistrate Judge James Moyer. The Plaintiff, the United States of America ("Government"), has responded. The Defendant asserts that 18 U.S.C. §3142 favors release. Though the Defendant concedes that the rebuttable presumption in favor of detention under 18 U.S.C. §3142(e) applies in this matter, the Defendant argues that he has rebutted the presumption. The Defendant further contends that there has not been a showing of dangerousness by clear and convincing evidence, and that consideration of the factors in 18 U.S.C. §3142(g) warrants release.

The Court agrees with the findings of the Magistrate Judge. The Defendant has significant family ties the area and has lived here most of his life. The charges are severe and if the Defendant is convicted there is a probability of substantial time of incarceration.

The Defendant is charged in a nine count indictment. Included in the charges are conspiracy to manufacture and possession with intent to distribute methamphetamine, and possession of a firearm in furtherance of a drug trafficking crime.

The Defendant has a significant past criminal history, although much of it is old. Nevertheless, the history includes: a conviction for possession of a controlled substance for sale;

carrying a concealed weapon; possession of a controlled substance; felony drunk driving; and the more recent charges of controlled substance endangerment to a child in the Fourth Degree, concealed possession of a forged prescription and conspiracy to manufacture methamphetamine.

The Court finds there is probable cause to believe the Defendant has committed the instant offense. It does not appear that the Defendant has rebutted the rebuttable presumption. Assuming he has, there is clear and convincing evidence that the Defendant is a danger to the community. The methamphetamine lab at issue in this case was in a neighborhood, creating a significant danger to others. While the Defendant does have family ties to the area, the significant charges and their possible consequences against the Defendant pose a serious risk of flight.

The Court further finds there are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant or the safety of the community.

It is ordered that the Defendant's Motion for Revocation of Detention is **DENIED**.